# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 28, 2021

Bridget M. McCormack,
Chief Justice

161854(54)

Brian K. Zahra
David F. Viviano
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
          Plaintiff-Appellee,

v

                               SC: 161854
                               COA: 345989
                               Genesee CC: 17-041035-FH

MUNJEL SHARROD AYERS,
          Defendant-Appellant.
_____/

On order of the Chief Justice, the motion of plaintiff-appellee to extend the time for filing its answer to the application for leave to appeal is GRANTED. The answer submitted on May 26, 2021, is accepted as timely filed.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 28, 2021



Clerk